UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ANDREW PRATT,

                        Plaintiff,

      vs                                          6:08-CV-1003

MICHAEL F. HOGAN, Commissioner, NYS
Office of Mental Health; and DONALD SAWYER,
Executive Director, CNY Psychiatric Center,

                        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                              OF COUNSEL:

ANDREW PRATT
Plaintiff, Pro Se
18859/405
CNY Psychiatric Center
PO Box 300
Marcy, NY 13403

DAVID N. HURD
United States District Judge

## **DECISION and ORDER**

      Plaintiff, Andrew Pratt, brought this civil rights action pursuant to 42 U.S.C. § 1983. By Report-Recommendation dated November 14, 2008, the Honorable David E. Peebles, United States Magistrate Judge, ordered that plaintiff's in forma pauperis application be granted, and recommended that plaintiff's motion for injunctive relief be denied. The plaintiff has filed timely objections to the report-recommendation.

      Based upon a careful review of the entire file and the recommendations of Magistrate Judge Peebles, the Report-Recommendation is accepted and adopted in all respects. See 28 U.S.C. 636(b)(1).

Accordingly, it is

ORDERED that plaintiff's motion for injunctive relief is DENIED.

IT IS SO ORDERED.

Dated: January 8, 2009
Utica, New York.

United States District Judge